Berkey's Transfer & Site Container
15 Breezy Park Dr
Fleetwood, PA 19522-8899

Giant Exterior, LLC
271 Stony Run Rd
Spring City, PA 19475-2419

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

J.J. Marshall & Associates
Attn: Bankruptcy 28820 Mound Road
Warren, MI 48092

Marjam Supply
c/o Amato & Keating
107 N Commerce Way Ste 100
Bethlehem, PA 18017-8913

Miller Turetsky Rule & McLennan
3770 Ridge Pike
Collegeville, PA 19426-3170

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


Real Time Resolutions
Attn: Bankruptcy
P.O. Box 36655
Dallas, TX 75235


Selene Finance
Attn: Bankruptcy
PO Box 8619
Philadelphia, PA 19101-8619


Shellpoint Mortgage Servicing
Attn: Bankruptcy
75 Beattie Pl Ste 300
Greenville, SC 29601-2138


Simon's Agency, Inc.
Attn: Bankruptcy
PO Box 5026
Syracuse, NY 13220


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


Venkata Vemuri
341 Dartmouth Rd
Chester Sprgs, PA 19425-3839

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
PO Box 10335
Des Moines, IA 50306