Certificate Number: 16339-PAE-DE-038775887

Bankruptcy Case Number: 24-12136



16339-PAE-DE-038775887

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2024, at 6:07 o'clock PM EDT, John Bozzelli completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 16, 2024             By:   /s/Kelley Tipton

                                   Name: Kelley Tipton

                                   Title: Certified Financial Counselor