United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Bozzelli  
    Debtor

Case No. 24-12136-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 27, 2024      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John Bozzelli, 271 Stony Run Rd, Spring City, PA 19475-2419 |
| 14903687 | | Atin Patel, 624 Stonecliffe Rd, Malvern, PA 19355-0309 |
| 14903688 | | Berkey's Transfer & Site, Container, 15 Breezy Park Dr, Fleetwood, PA 19522-8899 |
| 14909662 | | Giant Exterior, LLC, 271 Stony Run Rd, Spring City, PA 19475-2419 |
| 14903691 | | Marjam Supply, c/o Amato & Keating, 107 N Commerce Way Ste 100, Bethlehem, PA 18017-8913 |
| 14902816 | | Miller Turetsky Rule & McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14910215 | + | Naga Nidamanuri, 390 Waterloo Blvd, Exton, PA 19341-2624, , |
| 14902824 | | Srinivas Komatlapalli, 3235 Krista Ln, Chester Sprgs, PA 19425-2125 |
| 14909675 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14909676 | | Venkata Vemuri, 341 Dartmouth Rd, Chester Sprgs, PA 19425-3839 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Sep 28 2024 03:59:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14902814 | | EDI: IRS.COM | Sep 28 2024 03:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14902815 | + | Email/Text: lisak@jjmarshallinc.com | Sep 28 2024 00:14:00 | J.J. Marshall & Associates, Attn: Bankruptcy 28820 Mound Road, Warren, MI 48092-5510 |
| 14902817 | | Email/Text: fesbank@attorneygeneral.gov | Sep 28 2024 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14902818 | | EDI: PENNDEPTREV | Sep 28 2024 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14902818 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14901240 | | EDI: PENNDEPTREV | Sep 28 2024 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14901240 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14902819 | ^ | MEBN | Sep 28 2024 00:00:40 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2024 | Form ID: 318 | Total Noticed: 25 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14902820 | + | Email/Text: bkdepartment@rtresolutions.com | Sep 28 2024 00:15:00 | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14902821 | | Email/Text: bkteam@selenefinance.com | Sep 28 2024 00:15:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 14902822 | | Email/Text: mtgbk@shellpointmtg.com | Sep 28 2024 00:14:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14902823 | + | Email/Text: clientservices@simonsagency.com | Sep 28 2024 00:16:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 14902825 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 28 2024 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14902826 | ^ | MEBN | Sep 28 2024 00:00:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14902827 | + | EDI: WFFC2 | Sep 28 2024 03:59:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14909661 | * | Berkey's Transfer & Site, Container, 15 Breezy Park Dr, Fleetwood, PA 19522-8899 |
| 14903689 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14909663 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14903690 | *+ | J.J. Marshall & Associates, Attn: Bankruptcy 28820 Mound Road, Warren, MI 48092-5510 |
| 14909664 | *+ | J.J. Marshall & Associates, Attn: Bankruptcy 28820 Mound Road, Warren, MI 48092-5510 |
| 14909665 | * | Marjam Supply, c/o Amato & Keating, 107 N Commerce Way Ste 100, Bethlehem, PA 18017-8913 |
| 14903692 | * | Miller Turetsky Rule &, McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14909666 | * | Miller Turetsky Rule &, McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14903693 | * | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14909667 | * | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14903694 | * | Pennsylvania Department of, Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14909668 | * | Pennsylvania Department of, Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14903695 | * | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14909669 | * | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14903696 | *+ | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14909670 | *+ | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14903697 | * | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 14909671 | * | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 14903698 | * | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14909672 | * | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14903699 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 14909673 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 14903700 | * | Srinivas Komatlapalli, 3235 Krista Ln, Chester Sprgs, PA 19425-2125 |
| 14903701 | * | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14909674 | * | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14903702 | * | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14903703 | *+ | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |
| 14909677 | *+ | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2024 | Form ID: 318 | Total Noticed: 25 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2024           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor John Bozzelli help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John Bozzelli<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3351<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number:  24–12136–amc | | |

## Order of Discharge            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Bozzelli

9/26/24                          **By the court:**  Ashely M. Chan
                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Order of Discharge**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2